FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 16, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COLLABRA TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> DIERKS TECHNOLOGY INC., doing business as HDPhotoHub, <br><br> Defendant. | No. 2:19-cv-00060-SMJ <br><br> **ORDER DISMISSING CASE** |

On May 15, 2019, the parties filed a stipulated dismissal, ECF No. 10. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

**1.** The parties' Stipulated Motion to Dismiss, **ECF No. 10**, is **GRANTED**.

**2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

//

ORDER DISMISSING CASE **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 16th day of May 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2